Hon. Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| SUSAN LYNN BAUMGARTNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-05941-KLS |
| | ) | |
| v. | ) | STIPULATION AND ORDER OF |
| | ) | DISMISSAL |
| K/M RESORTS OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the plaintiffs and defendant, through their respective attorneys, that this cause, including all claims that were or could have been asserted by any party may be dismissed with prejudice and without costs to any party.

STIPULATED AND AGREED to this ____ day of August, 2013.

LAW OFFICES OF JOHN A. STERBICK, P.S.                KELLER ROHRBACK L.L.P.

By_____                           By_____
  John A. Sterbick, WSBA # 17805                        Benjamin J. Lantz, WSBA #25057
  Attorneys for Plaintiff                                      Holly E. Hinterberger, WSBA #37281
  jsterbick@sterbick.com                                   Attorneys for Defendant
  1010 South I Street                                           blantz@kellerrohrback.com
  Tacoma, WA 98405                                         hhinterberger@ kellerrohrback.com
  (253) 383-0140                                                1201 Third Avenue, Suite 3200
                                                                         Seattle, WA 98101
                                                                         (206) 623-1900

STIPULATION AND ORDER OF DISMISSAL
(CV 11-5941-KLS) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

IT IS SO ORDERED.

DATED this 8th day of August, 2013.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

Presented by:

KELLER ROHRBACK L.L.P.

By_____
  Benjamin J. Lantz, WSBA #25057
  Holly E. Hinterberger, WSBA #37281
  Attorneys for Defendant
  blantz@kellerrohrback.com
  hhinterberger@ kellerrohrback.com
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  (206) 623-1900

LAW OFFICES OF JOHN A. STERBICK, P.S.

By_____
  John A. Sterbick, WSBA # 17805
  Attorneys for Plaintiff
  jsterbick@sterbick.com
  1010 South I Street
  Tacoma, WA  98405
  (253) 383-0140

STIPULATION AND ORDER OF DISMISSAL
(CV 11-5941-KLS) Page - 2

C:\USERS\PHICKEY\APPDATA\LOCAL\TEMP\NOTESE5D19D\STOD.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384